IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH W. CANDLER,<br><br>    Plaintiff,<br><br>    v.<br><br>A. ARYA, et al.,<br><br>    Defendants. | No. 2:19-CV-0867-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, filed this state negligence action in the Sacramento County Superior Court. Defendant C. Kelso removed this case on May 14, 2019, under 28 U.S.C. § 1442(a)(1), (3).

The court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. See 28 U.S.C. § 1915A(a). The court must dismiss a complaint or portion thereof if it: (1) is frivolous or malicious; (2) fails to state a claim upon which relief can be granted; or (3) seeks monetary relief from a defendant who is immune from such relief. See 28 U.S.C. § 1915A(b)(1), (2).

Here, Plaintiff has stated a state law negligence claim against the Defendants. Specifically, Plaintiff asserts Defendants were negligent in providing medical treatment and care related to a hand injury Plaintiff sustained during an altercation with another prisoner. Plaintiff's state law negligence claim is sufficient to pass screening.

1

Accordingly, IT IS HEREBY ORDERED that Defendants file a responsive pleading within 30 days from the date of this order.

Dated: May 20, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2