UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH W. CANDLER,<br><br>    Plaintiff,<br><br>  v.<br><br>E. PALKO,<br><br>    Defendant. | No. 2:19-cv-0394 MCE DMC P |
| KEITH W. CANDLER,<br><br>    Plaintiff,<br><br>  v.<br><br>A. ARYA, et al.,<br><br>    Defendants. | No. 2:19-cv-0867 WBS DMC P<br><br>ORDER |

Plaintiff is a state prisoner, proceeding pro se. The undersigned received a letter from plaintiff requesting the undersigned conduct a settlement conference in the above-referenced cases, both of which are assigned to Magistrate Judge Cota. If Judge Cota determines all parties in either case are amenable to settlement negotiations, the undersigned is available to hold a settlement conference.

Dated: November 19, 2019

                                             KENDALL J. NEWMAN
                                             UNITED STATES MAGISTRATE JUDGE

/cw/candler.set