IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH W. CANDLER,<br><br>    Plaintiff,<br><br> v.<br><br>ARYA, et al.,<br><br>    Defendants. | No. 2:19-CV-0867-WBS-DMC-P<br><br><br><br>ORDER |

    Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

    On March 2, 2020, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein. No objections to the findings and recommendations have been filed.

    The court has reviewed the file and finds the magistrate judges recommendations to be supported by the law and the record.

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

    1.    Defendant Kelso's motion to dismiss (ECF No. 4) is granted;

    2.    Defendant Arya and Spelman's motion to dismiss (ECF No. 8) is denied; and

    3.    This action is remanded to the Sacramento County Superior Court.

Dated: March 26, 2020

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE